**United States District Court**
**for the**
**Central District of Illinois**
**Peoria Division**

| | |
|---|---|
| KAREN J. SEGURA, Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 2008- |
| ROBERT H. LEE; and WAL-MART | ) |
| STORES, INC., a Delaware corporation, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff Karen J. Segura, by Grant R. Gulovsen of Barash & Everett, LLC, her attorneys, complaining of Defendants Robert H. Lee and Wal-Mart Stores, Inc., a Delaware corporation, alleges:

1.  Plaintiff Karen J. Segura ("Plaintiff") is a citizen of Illinois. Defendant Robert H. Lee ("Lee") is a citizen of Iowa. Defendant Wal-Mart Stores, Inc. ("Wal-Mart") is a corporation incorporated under the laws of Delaware with its principal place of business in Arkansas. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. § 1332.

2.  A substantial part of the events or omissions giving rise to this cause occurred within the Peoria Division of the Central District of Illinois. Venue is therefore proper under 28 U.S.C. § 1391(a)(2).

3.  On December 11, 2007, at approximately 5:11 p.m., on U.S. Interstate 74 near westbound milepost 48 in the City of Galesburg, Knox County, Illinois, Lee drove a motor vehicle against Plaintiff.

4.  As a result, Plaintiff was physically injured, lost wages or income, suffered physical and mental pain, and incurred and continues to incur medical expenses.

5. At all times material hereto, and on information and belief, Wal-Mart owned the motor vehicle driven by Lee.

6. At all times material hereto, and on information and belief, Lee was employed by or was otherwise under the control of Wal-Mart and was or had been delivering goods sold by Wal-Mart to one or more of Wal-Mart's retail locations, and was in the process of delivering or returning from a delivery of goods to one or more of Wal-Mart's retail locations.

7. At all times material hereto, and on information and belief, Lee was the agent of Wal-Mart, and was acting within the course and scope of his agency.

8. Lee and Wal-Mart are therefore jointly and severally liable to Plaintiff.

WHEREFORE, Plaintiff Karen J. Segura requests judgment against Defendants Robert H. Lee and Wal-Mart Stores, Inc., a Delaware corporation, for a sum in excess of $75,000 plus applicable costs and such other relief this Court deems just and proper.

Date    November 25, 2008

**s/ Grant R. Gulovsen**
Grant R. Gulovsen Bar Number: 6256037
Attorney for Plaintiff
BARASH & EVERETT, LLC
PO Box 1408
Galesburg, IL 61402-1408
Telephone: (309) 341-6010
Fax: (309) 341-1945
E-mail: gulovseng@barashlaw.com

## BARASH & EVERETT, LLC

256 South Soangetaha Road, Suite 108
Post Office Box 1408
Galesburg, IL  61402-1408
Telephone:      (309) 341-6010
Facsimile:         (309) 341-1945
E-mail:             gulovseng@barashlaw.com

2

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial of the issues herein by a jury of six.

                                    **s/ Grant R. Gulovsen**
                                    Grant R. Gulovsen Bar Number: 6256037
                                    Attorney for Plaintiff
                                    BARASH & EVERETT, LLC
                                    PO Box 1408
                                    Galesburg, IL 61402-1408
                                    Telephone: (309) 341-6010
                                    Fax: (309) 341-1945
                                    E-mail: gulovseng@barashlaw.com

**BARASH & EVERETT, LLC**
256 South Soangetaha Road, Suite 108
Post Office Box 1408
Galesburg, IL  61402-1408
Telephone:	(309) 341-6010
Facsimile:	(309) 341-1945
E-mail:	gulovseng@barashlaw.com

**REQUEST FOR SUMMONS**

The clerk will please issue summons for service upon Defendant as follows:

Robert H. Lee
2755 Nebraska Ave
New London, IA  52645

Wal-Mart Stores, Inc.
c/o C T Corporation System
208 S LaSalle St Ste 814
Chicago, IL  60604-1101

# BARASH & EVERETT, LLC
256 South Soangetaha Road, Suite 108
Post Office Box 1408
Galesburg, IL  61402-1408
Telephone:          (309) 341-6010
Facsimile:          (309) 341-1945
E-mail:             gulovseng@barashlaw.com